# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00316-CV

**Thomas Yankovoy and Suk Hui Yankovoy, Appellants**

**v.**

**Platte River Insurance Company, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT NO. 08-1717, HONORABLE WILLIAM HENRY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The parties have filed a motion stating that they have reached a settlement agreement and do not wish to pursue the appeal. We therefore set aside the trial court's judgment and remand the cause to the trial court for entry of a judgment that comports with the parties' agreement. Tex. R. App. P. 42.1(a)(2)(B).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Vacated and Remanded

Filed: December 18, 2009